UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

AGGREKO, LLC                                          CIVIL ACTION

VERSUS                                                NO: 14-1215

AMERICAN HOME ASSURANCE                               SECTION: "J" (2)
COMPANY

**ORDER**

**IT IS ORDERED** that Defendant's *Motion for Extension of Time to Answer* **(Rec. Doc. 7)** is **GRANTED**. Defendant American Home Assurance Company shall have an extension of twenty-one (21) days from the date the pleadings would otherwise be due, within which to file responsive pleadings, in accordance with LR 7.8.

New Orleans, Louisiana this 1st day of July, 2014.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

1