UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AGGREKO, LLC | * | CIVIL ACTION NO.: 2:14-CV-01215 |
| | * | |
| VERSUS | * | JUDGE CARL J. BARBIER |
| | * | |
| AMERICAN HOME ASSURANCE COMPANY | * | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### **ORDER OF DISMISSAL WITH PREJUDICE**

Considering the above and foregoing Motion to Dismiss With Prejudice filed by Defendant, American Home Assurance Company:

**IT IS ORDERED THAT** the entire captioned lawsuit and all claims asserted therein be and the same are hereby dismissed with prejudice, each party bearing their own costs of litigation and attorney's fees.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2014.

_____-
J U D G E