UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AGGREKO, LLC | * | CIVIL ACTION NO.: 2:14-CV-01215 |
| | * | |
| VERSUS | * | JUDGE CARL J. BARBIER |
| | * | |
| AMERICAN HOME ASSURANCE COMPANY | * | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |
| | * | |
| | * | |

* * * * * * * * * * * *

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the hearing on the *Motion to Dismiss* filed by Defendant, American Home Assurance Company, will come for hearing before United States District Judge Carl J. Barbier, on the 13th day of August, 2014, at 9:30 a.m., at the United States District Court, Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana 70130.

NEW ORLEANS, LOUISIANA this ____ day of _____, 2014.

_____-
J U D G E